# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* THE TARBELL GROUP, LLC, | ) | |
| Plaintiff, | ) | No. 24-cv-11950-LTS |
| v. | ) | **FILED UNDER SEAL** |
| ACOAXET CLUB INC.,<br>ADMINISTRATORS OF SPECIAL EDUCATION INC.,<br>THE ADVERTISING CLUB OF GREATER BOSTON INC. D/B/A THE AD CLUB,<br>AMERICAN CIVIC ASSOCIATION INC. D/B/A SONS OF ITALY,<br>AMHERST GOLF CLUB INC.,<br>ARLINGTON CHAMBER OF COMMERCE INC.,<br>BAR ASSOCIATION OF NORFOLK COUNTY INC.,<br>BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE USA—FALL RIVER LODGE NO. 118,<br>BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE USA—HAVERHILL LODGE NO. 165,<br>BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE USA—WALTHAM-WATERTOWN LODGE NO. 953,<br>BERKSHIRE COUNTY BOARD OF REALTORS INC,<br>BERTOCCI MEMORIAL CLUB OF BROCKTON INC.,<br>BILLERICA LODGE NO. 2648 LOYAL ORDER OF MOOSE,<br>BOSTON MADISON SQUARE GARDEN CLUB,<br>BRIDGEWATER CITIZENS' CLUB INC.,<br>BROCKTON COUNTRY CLUB INC.,<br>BUILDERS AND REMODELERS ASSOCIATION OF GREATER BOSTON INC.,<br>CAMBRIDGE CHAMBER OF COMMERCE,<br>CAPE COD CRANBERRY GROWERS' | ) | |

ASSOCIATION, )
CLUB FRANCO AMERICAN DE WESTFORD )
  MASSACHUSETTS, )
CLUBE DESPORTIVO FAIALENSE INC., )
COHASSET COUNTRY CLUB, )
CONCORD CHAMBER OF COMMERCE )
  CONSTRUCTION INDUSTRIES OF )
  MASSACHUSETTS INC., )
COTTAGE PARK YACHT CLUB INC., )
CURVE TRIANGLE & RECTANGLE )
  INSTITUTE INC., )
DENNIS YACHT CLUB INC., )
EDGEWOOD CLUB INC., )
ELLINWOOD COUNTRY CLUB INC., )
EMPLOYERS ASSOCIATION OF THE )
  NORTHEAST INC., )
EVERETT CHAMBER OF COMMERCE INC., )
FALL RIVER COUNTRY CLUB, )
THE FAY CLUB, )
FORESTDALE CEMETERY ASSOCIATION, )
GRAND LODGE OF THETA DELTA CHI INC., )
GREATER CHICOPEE CHAMBER OF )
  COMMERCE INC., )
GREENFIELD LODGE NO. 997 LOYAL ORDER )
  OF MOOSE, )
GREMIO LUSITANO CLUB INC., )
GREYLOCK COMMUNITY CLUB INC., )
H. E. FLETCHER SOCIAL & ATHLETIC CLUB )
  INC., )
HAMPDEN COUNTY BAR ASSOCIATION )
  INC., )
HARVARD SQUARE BUSINESS )
  ASSOCIATION INC., )
HOLYOKE CANOE CLUB INC., )
INTERNATIONAL BROTHERHOOD OF )
  ELECTRICAL WORKERS BUILDING )
  CORPORATION, )
INTERNATIONAL BROTHERHOOD OF )
  ELECTRICALWORKERS LOCAL 103, )
IRISH-AMERICAN CLUB INC. OF WOBURN, )
ITALIAN NATURALIZATION CLUB INC. OF )
  TAUNTON, )
JOHN ALDEN SPORTSMEN'S CLUB INC., )
JUBILEE YACHT CLUB, )
KNIGHTS OF COLUMBUS D/B/A CARDINAL )
  SPELLMAN COUNCIL 347, )

2

LAFAYETTE NATURALIZATION CLUB INC.,  )
LAKEVILLE AERIE NO. 3944 FRATERNAL  )
    ORDER OF EAGLES,  )
LENOX CHAMBER OF COMMERCE,  )
LEXINGTON GOLF CLUB,  )
LONGWOOD COVERED COURTS TRUST,  )
LUDLOW COUNTRY CLUB INC.,  )
LUDLOW FISH & GAME CLUB INC.,  )
LUDLOW TENNIS CLUB INC.,  )
MALDEN LODGE NO. 1910 LOYAL ORDER  )
    OF MOOSE,  )
MARBLEHEAD YACHT CLUB INC.,  )
MARSHFIELD COUNTRY CLUB,  )
MASSACHUSETTS ASSOCIATION OF  )
    ACCOUNTANTS INC.,  )
MASSACHUSETTS CHIEFS OF POLICE  )
    ASSOCIATION INC.,  )
MASSACHUSETTS FARM BUREAU  )
    FEDERATION INC.,  )
MASSACHUSETTS LGBT CHAMBER OF  )
    COMMERCE,  )
MASSACHUSETTS LABORERS' HEALTH &  )
    WELFARE FUND,  )
MASSACHUSETTS SYSTEMS CONTRACTORS )
    ASSOCIATION INC.,  )
MASTER, WARDENS, AND MEMBERS OF  )
    THE GRAND LODGE OF MASONS IN  )
    MASSACHUSETTS,  )
MILTON HOOSIC CLUB INC.,  )
MINUTE MAN SPORTSMANS CLUB INC.,  )
NABNASSET LAKE COUNTRY CLUB INC.,  )
NATIONAL BOARD OF TRIAL ADVOCACY  )
    INC.,  )
NEW BEDFORD SPORTS CLUB INC.,  )
THE NEW ENGLAND AFFORDABLE  )
    HOUSING MANAGEMENT  )
    ASSOCIATION INC.,  )
NORTH OF BOSTON CONVENTION &  )
    VISITORS BUREAU INC.,  )
THE NORTH SHORE CHAMBER OF  )
    COMMERCE, INC.,  )
NORTH SHORE SKATING CLUB INC.,  )
NORTH SHORE TENNIS & SQUASH CLUB  )
    INC.,  )
OAK GROVE CEMETERY ASSOCIATION OF  )
    FALMOUTH INC.,  )

3

THE OLD COLONY YACHT CLUB,                    )
ORLEANS YACHT CLUB INC.,                       )
OUTDOOR AMUSEMENT BUSINESS            )
    ASSOCIATION INC.,                             )
PALMER'S COVE YACHT CLUB INC.,          )
PINE GROVE CEMETERY CORPORATION,   )
PLEASANT PARK YACHT CLUB INC.,          )
THE PLYMOUTH AREA CHAMBER OF         )
    COMMERCE INC.,                                 )
PLYMOUTH COUNTRY CLUB INC.,             )
POINT INDEPENDENCE YACHT CLUB INC.,  )
POLISH AMERICAN VETERANS OF             )
    WEBSTER INC.,                                    )
THE POLISH CLUB LODGE 2058 INC.,          )
PORTUGUESE NATIONAL CLUB,                  )
PRINCE HALL MASONIC GRAND LODGE,     )
THE PROPRIETORS OF FOREST HILLS         )
    CEMETERY,                                          )
REALTOR ASSOCIATION OF CENTRAL        )
    MASSACHUSETTS,                                )
ROWLEY VETERANS' ASSOCIATION INC.,   )
SALEM CHAMBER OF COMMERCE & CIVICS,)
SALEM OFFICE OF TOURISM & CULTURAL   )
    AFFAIRS INC.                                        )
CBA DESTINATION SALEM,                         )
SANDY BAY YACHT CLUB, INC.,                 )
SINGLETARY ROD & GUN CLUB INC.,         )
SONS OF ITALY IN AMERICA—GRAND        )
    LODGE OF MASSACHUSETTS,                )
SONS OF ITALY IN AMERICA—METHUEN    )
    LODGE NO. 902,                                    )
SONS OF ITALY IN AMERICA—QUINCY       )
LODGE NO. 1295,                                        )
STOCKBRIDGE GOLF CLUB,                       )
STONEHAM CHAMBER OF COMMERCE INC., )
SUPREME COUNCIL OF THE ROYAL            )
    ARCANUM,                                            )
SWAMPSCOTT YACHT CLUB,                      )
TENNIS AND RACQUET CLUB,                     )
TOWN RIVER YACHT CLUB,                        )
VOLUNTEER YACHT CLUB,                         )
WAMPATUCK COUNTRY CLUB OF CANTON  )
    INC.,                                                    )
WAYLAND SWIMMING AND TENNIS CLUB   )
    INC.,                                                    )
WEQUAQUET LAKE YACHT CLUB,             )

WEST DENNIS YACHT CLUB INC.,            )
WEST END BEAGLE CLUB INC. OF            )
     GARDNER,                        )
WHITINSVILLE GOLF CLUB,                 )
WINTHROP GOLF CLUB,                     )
WINTHROP YACHT CLUB INC.,               )
WOOD PRODUCTS MANUFACTURERS             )
     ASSOCIATION,                    )
WORCESTER COUNTY MEMORIAL PARK          )
     INC., AND YOUNG MEN'S CLUB OF    )
     HADLEY INC.,                    )
                                     )
          Defendants.          )
_____)

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR SETTLEMENT AND OTHERWISE DECLINE TO INTERVENE, AND ASSENTEND-TO MOTION TO UNSEAL THE ACTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action solely for the purposes of settlement with one defendant—International Brotherhood of Electrical Workers Local 103 ("IBEW Local 103")—and to decline to intervene as to all other defendants.

The United States, IBEW Local 103, and the relator executed a settlement agreement effective July 23, 2025 ("Settlement Agreement"), to resolve this False Claims Act action as to IBEW Local 103. Pursuant to the Settlement Agreement, the relator agrees that this settlement with IBEW Local 103 is fair, adequate, and reasonable. The Settlement Agreement also resolves the relator's claim to a share of the recovery in this action as to IBEW Local 103. Under the terms and conditions of the Settlement Agreement, the United States and the relator soon will file a Joint Notice of Dismissal as to IBEW Local 103 only.

As mentioned above, with respect to all defendants other than IBEW Local 103, the United States declines to intervene. The relator, however, anticipates that it will proceed with this matter as the other defendants.

The United States respectfully requests that the Court unseal this action and unseal the relator's Complaint, this Notice, and all pleadings filed thereafter.  The United States further requests that all other papers on file in this action prior to September 17, 2025, remain under seal because, in discussing the content and extent of the United States' investigation, the United States provided such papers to the Court alone for the sole purpose of the Court's evaluating whether it should extend the seal.  The relator assents to this motion to unseal.

Although the United States declines to intervene in part in this qui tam action except as to settlement against IBEW Local 103, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the government under circumstances consistent with the False Claims Act; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."  *Id.*  Therefore, the government requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the government's written consent before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the government requests that all pleadings filed in this action be served upon the government; the government also requests that orders issued by the Court be sent to the government's counsel.  The government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The government also requests that it be served with all notices of appeal.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

/s/ Brian M. LaMacchia
BRIAN LAMACCHIA
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3800
brian.lamacchia@usdoj.gov

Date:   September 17, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2025, I caused the foregoing document to be served on the following counsel by e-mail, with agreement to electronic service.

Bruce Ellis Fein
Law Office of Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
Phone: 703.248.0390
bruce@newdream.net

Counsel for Relator

Dated:  September 17, 2025                    /s/ Brian M. LaMacchia
                                              Brian M. LaMacchia
                                              Assistant United States Attorney

7