**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Acoaxet Club, Inc., et al.,<br><br>Defendants | Case no. 1:24-cv-11950-LTS |

## JOINT STATUS REPORT

Pursuant to the Court's electronic order of August 13, 2026, ECF No. 22, Plaintiff-Relator The Tarbell Group, LLC ("Relator") and the United States jointly submit this status report.

No defendant has appeared in this action. The United States and Relator have settled this action as to defendant International Brotherhood Of Electrical Workers Local 103. The United States has declined to intervene with respect to the remaining defendants. ECF No. 19. Relator intends to proceed with this action against the remaining defendants pursuant to 31 U.S.C. § 3730(c)(3).

The First Amended Complaint, the operative pleading in this action, is being filed contemporaneously herewith. Relator has begun the process of effecting service of process on the remaining defendants. Relator has not requested the issuance of summonses for the amended pleading because Relator will first request that each defendant waive service of process pursuant to Federal Rule of Civil Procedure 4(d). Each defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). Particularly given the number of defendants named in the First Amended Complaint, the waiver procedure will conserve the resources of the parties and the Court. Relator will request the issuance of a summons and effect formal service

upon any defendant that fails to return a timely waiver, with such defendant bearing the associated expense as provided by Rule 4(d)(2).

Respectfully submitted,


/s/

Bruce Ellis Fein, pro hac vice
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390

*Attorney for Relator The Tarbell Group, LLC*

/s/

Brian M. LaMacchia
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210
brian.lamacchia@usdoj.gov
617-748-3126

*Attorney for the United States of America*