**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Acoaxet Club, Inc., et al.,<br><br>Defendants | Case no. 1:24-cv-11950-LTS |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) associated herewith. Unless the court otherwise orders, paper copies will not be sent to defendants, as none have as yet appeared, the report is immaterial as to them, and will be available to them via ECF once they appear.

Respectfully submitted,

/s/

Bruce Ellis Fein, pro hac vice
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390

*Attorney for Relator The Tarbell Group, LLC*