UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>THE TARBELL GROUP, LLCC<br>Plaintiff,<br><br>v.<br><br>CAPE COD CRANBERRY GROWERS' ASSOCIATION ET AL.<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-11950-LTS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Brendan P. Slean as counsel on behalf of the defendant Cape Cod Cranberry Growers' Association.

Dated: September 30, 2026

Respectfully submitted,
Defendants
Cape Cod Cranberry Growers' Association
By its attorney,

/s/ Brendan P. Slean

Brendan P. Slean (BBO #699253)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone (617) 439-4990
Facsimile (617) 439-3987
bslean@lawson-weitzen.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon non-registered participants.

/s/ Brendan P. Slean
Brendan P. Slean