UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 1:24-cv-11950-LTS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. | ) |
| THE TARBELL GROUP, LLC, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| EMPLOYERS ASSOCIATION OF THE | ) |
| NORTHEAST, INC., et al, | ) |
| Defendants | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for defendant, Employers Association of the Northeast, Inc., in the above-entitled case.

Defendant,
EMPLOYERS ASSOCIATION OF THE
NORTHEAST, INC.
By Its Attorney:

Dated: October 8, 2026

*/s/ Johannah Huynh*

Johannah Huynh - BBO No. 717527
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, Massachusetts 01115-5507
Tel. (413) 272-6392; Fax (413) 707-1743
jhuynh@bulkley.com

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. first-class mail to those indicated as non-registered participants on this 8th day of October, 2026.

*/s/ Johannah Huynh*
Johannah Huynh

6166859