UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC, Plaintiff<br><br>v.<br><br>Acoaxet Club Inc., et al. | Case No. 1:24-cv-11950-LTS |

**MOTION TO DISMISS**

NOW COMES Defendant International Brotherhood of Electrical Workers Building Corporation ("Building Corp.") and hereby moves this Honorable Court to dismiss the complaint against it pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6).

In short, service of the complaint was due on December 16, 2025, but to date, Plaintiff The Tarbell Group, LLC, has made no effort to serve it. Therefore, dismissal is appropriate. On the merits, the complaint fails to state a claim because it is barred by the Public Disclosure Bar of the False Claims Act and it also fails to adequately allege the necessary elements of scienter and materiality. The motion is supported by a Memorandum of Law and the affidavit of James A.W. Shaw (with two exhibits). The motion will also be supported by a Motion for Judicial Notice, which will be filed separately.

The complaint should be dismissed under Fed. R. Civ. P. 12(b)(5) and Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS BUILDING CORPORATION

By its attorney,

James A.W. Shaw, BBO # 670993
SEGAL ROITMAN, LLP
33 Harrison Ave., 7th Floor
Boston, MA 02111
(617) 504-8774
jshaw@segalroitman.com

Dated: October 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2026.

James A.W. Shaw

**RULE 7.1 CERTIFICATE**

I hereby certify that pursuant to L.R. 7.1(a)(2) I have conferred with opposing counsel and attempted in good faith to resolve or narrow the issue.

James A.W. Shaw