UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC, Plaintiff | Case No. 1:24-cv-11950-LTS |
| v. | |
| Acoaxet Club Inc., et al. | |

**AFFIDAVIT OF JAMES A.W. SHAW**

I, James A.W. Shaw, do hereby depose and state the following upon the best of my knowledge and belief:

1. I have been a licensed attorney in the Commonwealth of Massachusetts since 2007.

2. I have been a partner in the law firm of Segal Roitman, LLP, since 2013.

3. In this matter, I am counsel to Defendant International Brotherhood of Electrical Workers Building Corporation ("Building Corp.").

4. This affidavit is being provided in support of the Building Corp.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(5) and (6).

5. On September 21, 2026, the Building Corporation received a letter from Attorney Nathaniel L. Kim of the law firm of Kellogg, Hansen, Todd, Figel & Frederick, LLC in Washington, D.C. The letter was dated September 18, 2026.

6. In the letter, Attorney Kim states that he "represents the plaintiff-relator The Tarbell Group, LLC."

7. Along with this letter, Attorney Kim include a request for waiver of service pursuant to Fed. R. Civ. P. 4(d).

8. I have not attached a copy of this letter because it included a settlement demand.
9. Plaintiff Tarbell has filed similar lawsuits in at least 11 other federal courts across the country, including the Eastern District of Tennessee. Attached as Exhibit A is a true and accurate copy of an order from that case explaining that Tarbell had failed to make timely service.
10. Attached as Exhibit B is a true and accurate copy of Tarbell's Memorandum of Law in favor of its motion to extend service in the E.D. Tenn. case by 30 days.

Respectfully submitted,

______________________________

James A.W. Shaw, BBO # 670993
SEGAL ROITMAN, LLP
33 Harrison Ave., 7th Floor
Boston, MA 02111
(617) 504-8774
jshaw@segalroitman.com

Dated: October 14, 2026