# Exhibit A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THE TARBELL GROUP LLC, | ) | Case No. 1:25-cv-110 |
| *Plaintiffs*, | ) | Judge Travis R. McDonough |
| v. | ) | Magistrate Judge Christopher H. Steger |
| CHATTANOOGA AREA CONVENTION AND VISITORS BUREAU INC., *et al.*, | ) | |
| *Defendants*. | ) | |

**ORDER**

This matter is before the Court for case-management purposes. On October 2, 2025, the Court lifted the seal in this matter and ordered Plaintiff-Relator The Tarbell Group LLC to serve Defendants in accordance with Federal Rule of Civil Procedure 4. (*See* Doc. 12.) Rule 4(m) provides that a defendant must be served within 90 days after a complaint is filed—in this case, 90 days after the complaint is unsealed. *See* 31 U.S.C. § 3730(b)(3). Plaintiff-Relator's time to serve Defendants under Rule 4 has expired.

Accordingly, Plaintiff-Relator is **ORDERED** to show cause as to why the Court should not dismiss this action pursuant to Rule 4(m) and Rule 41(b) for failure to prosecute. Plaintiff-Relator **SHALL** respond to this Order on or before **February 2, 2026**. It is hereby **ON NOTICE** that failure to respond may result in the dismissal of this action pursuant to Rule 4(m) and Rule 41(b).

**SO ORDERED.**

/s/ ***Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**