Request for Judicial Notice #1

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/labor/profiting-from-a-pandemic-how-ineligible-unions-collected-millions-in-federal-covid-relief-funds/ Go
14 captures
3 Mar 2022 - 24 Apr 2026
FEB MAR OCT
2021 03 2022 2023
About this capture



# PROFITING FROM A PANDEMIC: HOW INELIGIBLE UNIONS COLLECTED MILLIONS IN FEDERAL COVID RELIEF FUNDS




Maxford Nelsen  February 3, 2022

**Executive Summary**

Between creation of the Paycheck Protection Program (PPP) by Congress in March 2020 and passage of the American Rescue Plan in March 2021, as many as 226 forgivable loans totaling

## Recent Blogs




Freedom Foundation Reaction to Victory in Washington Capital Gains Tax Lawsuit
March 2, 2022



Inflation crippling Pennsylvania, and unions are largely to blame
March 1, 2022




Friedrichs, still fighting public-sector unions, unveils documentary film
February 25, 2022



Ohio suit targets unions' latest money-making scheme — seizing vacation time
February 24, 2022

INTERNET ARCHIVE
Wayback Machine
Show sidebar (Alt+Ctrl+Z)
https://www.freedomfoundation.com/labor/profiting-from-a-pandemic-how-ineligible-unions-collected-millions-in-federal-covid-relief-funds/
Go
14 captures
3 Mar 2022 - 24 Apr 2026
FEB MAR OCT
03
2021 2022 2023
About this capture

Maxford Nelsen February 3, 2022

## Executive Summary

Between creation of the Paycheck Protection Program (PPP) by Congress in March 2020 and passage of the American Rescue Plan in March 2021, as many as 226 forgivable loans totaling $36.7 million were provided to labor unions and related organizations that were statutorily ineligible for the funds. Teachers' unions, government employees' unions and AFL-CIO advocacy organizations are among the most prominent beneficiaries of the relief funds.

This breakdown in the PPP, administered by the Small Business Administration (SBA), has not been publicly documented previously. The ineligible loans diverted resources away from the purpose of the PPP, namely helping businesses keep employees on payroll. Further, given that union revenue derives primarily from dues deducted from members' paychecks, direct support to unions was unnecessary; to the extent the PPP loans to businesses allowed union employees to keep working, it also allowed unions to continue collecting dues from their paychecks.

Disconcertingly, the apparently inappropriate PPP loans may have been granted due to fraudulent loan applications or other questionable conduct by applicants or the private lenders operating under the SBA's delegated authority to approve loan applications. Appropriate federal authorities, including at least the SBA and the Department of Justice, should investigate the matter further and take appropriate actions to recover funds improperly paid and prosecute any fraudulent activity committed.

Read the full report.

Download the complete list of ineligible/suspect loans.



**Ohio suit targets unions' latest money-making scheme — seizing vacation time**

February 24, 2022



**In the end, we all benefit from transparency. Well...most of us**

February 24, 2022

### Press Articles

JAN 31 — THE FEDERALIST — THE FEDERALIST – REPORT: WASHINGTON IS INFLATING COVID DEATH TOLLS, EVEN AFTER GETTING CAUGHT ONCE BEFORE

Read The Article

DEC 18 — RICOCHET — RICOCHET – YOU CAN'T HANDLE THE TRUTH, OR NUMBERS

Read The Article

DEC 18 — FOX NEWS RADIO — MORE EVIDENCE STATES INFLATING NUMBERS OF COVID DEATHS

Read The Article

DEC 01 — KFLD NEWS TALK — INVESTIGATION SHOWS WSDOH STILL 'INFLATING' COVID DEATH

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/labor/profiting-from-a-pandemic-how-ineligible-unions-collected-millions-in-federal-covid-relief-funds/ Go
14 captures
3 Mar 2022 - 24 Apr 2026
FEB MAR OCT
03
2021 2022 2023
About this capture

fraudulent activity committed.

Read the full report.

Download the complete list of ineligible/suspect loans.




HANDLE THE TRUTH OR NUMBERS

DEC 18 — FOX NEWS RADIO — MORE EVIDENCE STATES INFLATING NUMBERS OF COVID DEATHS

Read The Article

DEC 01 — KFLD NEWS TALK — INVESTIGATION SHOWS WSDOH STILL 'INFLATING' COVID DEATH COUNTS

Read The Article

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/labor/profiting-from-a-pandemic-how-ineligible-unions-collected-millions-in-federal-covid-relief-funds/ Go
14 captures
3 Mar 2022 - 24 Apr 2026
FEB MAR OCT
2021 03 2022 2023
About this capture




COVID-19 | Paycheck Protection Program