# Request for Judicial Notice #3

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/wp-content/uploads/2022/01/SBA-PPP-loans-to-ineligible-labor-unions-and-related-organizations.xlsx Go
3 captures
3 Feb 2022 - 24 Apr 2026
JAN FEB OCT
03
2021 2022 2026
About this capture

SBA-PPP-loans-to-ineligible-labor-unions-and-related-organizations(7)

E51 Rochester

| | LoanNumber | DateApproved | BorrowerName | BorrowerAddress | BorrowerCity | BorrowerState | BorrowerZip | BorrowerEIN | BorrowerNonprofitStatus | SecondDraw | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 9636467010 | 4/9/2020 | LOCAL UNION #226 OPEN END PENSION TRUST FUND | 4101 SOUTHGATE DR | TOPEKA | KS | 66609-1351 | 48-6171386 | 501(a) | | IBEW. The 990 for the union's health |
| 3 | 6324467301 | 4/30/2020 | IBEW LOCAL 1430 PENSION FUND BENEFIT | 84 Business Park Dr Ste 202 | ARMONK | NY | 10504-1735 | 13-6367144 | 501(c) | | The union's 990 lists the EIN for the p |
| 4 | 5486257208 | 4/27/2020 | LOCAL 1922 PENSION FUND | 1065 Old Country Rd Ste 202 | WESTBURY | NY | 11590-5628 | 51-6128660 | 501(c) | | IBEW. The union's 990 lists the EIN fo |
| 5 | 7387257800 | 6/3/2020 | AMERICAN FEDERATION OF TEACHERS LOCAL 1904 | 1 Normal Ave Dickson Hall Room 104 | Montclair | NJ | 7043 | 23-7063273 | 501(c)(12) | | 501(c)(12) organizations were eligibl |
| 6 | 7294997408 | 5/16/2020 | LOCAL 863 PENSION FUND | 209 SUMMIT ROAD | MOUNTAINSIDE | NJ | 7092 | 22-1598194 | 501(c)(2) | | Teamsters. The 990 for the union's w |
| 7 | 6674497103 | 4/14/2020 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS BUILDING COR | 256 Freeport Street | DORCHESTER | MA | 2122 | 23-7047500 | 501(c)(2) | | |
| 8 | 2786957400 | 5/6/2020 | LOCAL 863 CORPORATION | 209 SUMMIT ROAD | MOUNTAINSIDE | NJ | 7092 | 23-7223245 | 501(c)(2) | | Teamsters |
| 9 | 2568657406 | 5/6/2020 | LOCAL 3112 CWA UNION BUILDING INC | 594 1st ST | WEST PALM BEACH | FL | 33413-1025 | 65-0375080 | 501(c)(2) | | |
| 10 | 1053507305 | 4/28/2020 | NJ STATE FIREMEN'S MUTUAL BENEVOLENT ASSOCATION | 1447 CAMPBELL ST | RAHWAY | NJ | 07065-3212 | 23-7391851 | 501(c)(4) | | |
| 11 | 7816557000 | 4/8/2020 | OHIO RETIRED TEACHERS ASSOCIATION INC | 250 E Wilson Bridge Rd | COLUMBUS | OH | 43085-2323 | 31-0566151 | 501(c)(4) | | |
| 12 | 6830167101 | 4/14/2020 | CALIFORNIA RETIRED TEACHERS ASSOCIATION | 1750 HOWE AVE #630 | SACRAMENTO | CA | 95825-3370 | 94-6093648 | 501(c)(4) | | |
| 13 | 3838898203 | 8/5/2020 | UNITED CONSTRUCTION TRADES & INDUSTRIAL EMPLOYEES UNION LOCA | 40-26 235TH ST | DOUGLASTON | NY | 11363-1500 | 01-0684209 | 501(c)(5) | | IUJAT Local 621 |
| 14 | 3850157407 | 5/8/2020 | LOCAL UNION 490 I B E W J A T C | 48 Airport Rd | Concord | NH | 3301 | 02-0445578 | 501(c)(5) | | |
| 15 | 3244507405 | 5/7/2020 | IBEW LOCAL UNION 490 | 48 AIRPORT RD | CONCORD | NH | 3301 | 02-6015128 | 501(c)(5) | | |
| 16 | 9317547405 | 5/20/2020 | UA LOCAL 693 PLUMBERS AND PIPEFITTERS | 3 Gregory Drive | South Burlington | VT | 5403 | 03-0210219 | 501(c)(5) | | |
| 17 | 8981297101 | 4/15/2020 | INTERNATIONAL BROTHERHOOOD OF ELECTRICAL WORKERS LOCAL 103 | 256 FREEPORT STREET | DORCHESTER | MA | 02122-2845 | 04-1472080 | 501(c)(5) | | |
| 18 | 2917667201 | 4/16/2020 | NEW ENGLAND JOINT BOARD RWDSU AFLCIO | 14 Manning Ave Suite 302 | LEOMINSTER | MA | 1453 | 04-1924171 | 501(c)(5) | | |
| 19 | 8111747308 | 5/1/2020 | UAW LOCAL 1596 | 960 Turnpike Street 2C | Canton | MA | 2021 | 04-2446487 | 501(c)(5) | | |
| 20 | 1390478404 | 2/1/2021 | UNION LOCAL 716 | 21 Gabriel Dr | Augusta | ME | 04330-7852 | 04-3390229 | 501(c)(5) | | |
| 21 | 2393987310 | 4/29/2020 | BOSTON FIREFIGHTERS LOCAL 718 | 55 Hallett Street | Dorchester | MA | 2142 | 04-6112075 | 501(c)(5) | | |
| 22 | 3665888408 | 2/5/2021 | LOWELL FIREFIGHTERS ASSOCIATION | 362 Fletcher St | Lowell | MA | 01854-4143 | 04-6115246 | 501(c)(5) | Y | |
| 23 | 2150627204 | 4/15/2020 | LOWELL FIREFIGHTERS ASSOCIATION, INC. | 362-364 Fletcher Street | LOWELL | MA | 1854 | 04-6115246 | 501(c)(5) | | |
| 24 | 5938548101 | 7/20/2020 | NRIC EMPLOYEES UNION | C/O SHARON GRAY 121 OLNEY AVE | NORTH PROVIDENCE | RI | 02911-3231 | 05-0483814 | 501(c)(5) | | AFT Local 4940 |
| 25 | 7450007309 | 4/30/2020 | PLUMBERS & PIPEFITTERS LOCAL 51 | 11 Hemingway Drive | East Providence | RI | 2915 | 06-1475010 | 501(c)(5) | | |
| 26 | 1435637304 | 4/28/2020 | SPECIAL OFFICERS & GUARDS UNION- LOCAL 1 | 8613 18TH AVE | BROOKLYN | NY | 11214 | 11-1354670 | 501(c)(5) | | SEIU Local 177 |
| 27 | 9868777302 | 5/3/2020 | TRANSPORT WORKERS UNION #252 | 1377 MOTOR PKWY STE 200 | ISLANDIA | NY | 11749-5258 | 11-1542478 | 501(c)(5) | | |
| 28 | 1027237303 | 4/28/2020 | UNITED WELFARE FUND - WELFARE DIVISION | 138 -50 QUEENS BLVD | JAMAICA | NY | 11435-2642 | 11-1823976 | 501(c)(5) | | |
| 29 | 9016457202 | 4/28/2020 | EXHIBITION EMPLOYEES LOCAL 829 IATSE HIRING HALL FUND | 31 W 34th St Su 7012 | New York | NY | 10001 | 11-2224061 | 501(c)(5) | | |
| 30 | 9123377208 | 4/28/2020 | UNITED SERVICE WORKERS UNION, IUJAT NATIONAL UNION | 13850 QUEENS BLVD | BRIARWOOD | NY | 11435-2642 | 11-3040611 | 501(c)(5) | | |
| 31 | 1711897309 | 4/28/2020 | INTERNATIONAL ASSOCIATION OF SHEET METAL | 50-02 5TH ST, SUITE A | LONG ISLAND CITY | NY | 11101 | 11-3093418 | 501(c)(5) | | |
| 32 | 7003377705 | 5/1/2020 | LEAGUE OF INTERNATIONAL FEDERATED EMPLOYEES | 325 73rd Street | Brooklyn | NY | 11209 | 11-3358248 | 501(c)(5) | | |
| 33 | 8213928507 | 3/9/2021 | UNITED CONSTRUCTION TRADES & INDUSTRIAL EMPLOYEES UNION | 4026 235th St | Douglaston | NY | 11363-1508 | 11-3464748 | 501(c)(5) | | |
| 34 | 5742118110 | 7/20/2020 | IATSE LOCAL 306 | 545 W 45TH ST | NEW YORK | NY | 10036-3403 | 13-0460219 | 501(c)(5) | | |
| 35 | 9071067206 | 4/28/2020 | EXHIBITION EMPLOYEES LOCAL 829 IATSE GENERAL FUND | 31 W 34th St Su 7012 | New York | NY | 10001 | 13-0689125 | 501(c)(5) | | |
| 36 | 3733407803 | 5/27/2020 | LOCAL 259 UNITED AUTOMOBILE WORKERS | 80 Jerusalem Avenue | Hicksville | NY | 11801-4904 | 13-1409455 | 501(c)(5) | | |
| 37 | 2656727305 | 4/29/2020 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1430 | 84 Business Park Dr Ste 202 | ARMONK | NY | 10504 | 13-1589405 | 501(c)(5) | | IRS and SBA addresses don't match. B |
| 38 | 3937217404 | 5/8/2020 | BAKERY CONFECTIONERY AND TOBACCO WORKER LOCAL UNION NO. 69 | 35 N MAIN ST | PORT CHESTER | NY | 10573-4208 | 13-1696145 | 501(c)(5) | | |
| 39 | 5275737210 | 4/27/2020 | STEAMFITTERS INDUSTRY EDUCATIONAL FUND | 2708 40TH AVE # 2 | LONG ISLAND CITY | NY | 11101-3725 | 13-1919703 | 501(c)(5) | | |
| 40 | 9928817206 | 4/28/2020 | TEAMSTERS LOCAL 456 EDUCATION & TRAINING FUND | 160 South Central Avenue | Elmsford | NY | 10523 | 13-3217233 | 501(c)(5) | | |
| 41 | 1048187300 | 4/28/2020 | SERVICE PROFESSIONALS UNION LOCAL 726 IUJAT | 13850 QUEENS BLVD | JAMAICA | NY | 11435-2642 | 13-4075932 | 501(c)(5) | | |
| 42 | 6978497200 | 4/28/2020 | INTERNATIONAL UNION OF OPERATING ENGINEERS | 15918 NORTHERN BLVD | FLUSHING | NY | 11358-1655 | 13-5545082 | 501(c)(5) | | |
| 43 | 2642757400 | 5/6/2020 | LOCAL UNION NO. 3, OF THE INTERNATIONAL BROTHERHOOD OF ELECT | 158-11 Jewel Ave | Flushing | NY | 11365-3085 | 13-5574127 | 501(c)(5) | | |
| 44 | 6738957306 | 4/30/2020 | ILA LOCAL 920 | 2015 Forest Ave | STATEN ISLAND | NY | 10303 | 13-5578161 | 501(c)(5) | | |

Sheet1

Ready Accessibility: Good to go

10:28 AM
10/13/2026