Request for Judicial Notice #4

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/labor/congressional-republicans-call-on-sba-to-investigate-how-unions-improperly-received-covid-relief/ Go
11 captures
11 Apr 2022 - 24 Apr 2026
MAR APR JUL
2021 12 2022 2023
About this capture



# CONGRESSIONAL REPUBLICANS CALL ON SBA TO INVESTIGATE HOW UNIONS IMPROPERLY RECEIVED COVID RELIEF




Maxford Nelsen    April 11, 2022

## Recent Blogs



Congressional Republicans call on SBA to investigate how unions improperly received COVID relief

April 11, 2022



Freedom Foundation is relentless when it comes to public document requests

April 1, 2022




Freedom Foundation will have a chance to prove it's a member of the 'news media'

March 30, 2022




Freedom Foundation Statement on AG Ferguson's Appeal to State Supreme Court in Ongoing Battle Over Washington's Unconstitutional Capital Gains

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/labor/congressional-republicans-call-on-sba-to-investigate-how-unions-improperly-received-covid-relief/ Go
11 captures
11 Apr 2022 - 24 Apr 2026
MAR APR JUL
2021 12 2022 2023
About this capture

Maxford Nelsen  April 11, 2022

Citing Freedom Foundation research, the GOP leaders of four committees in the U.S. House of Representatives last week sent a letter to the head of the Small Business Administration (SBA) seeking information about how labor unions were able to receive forgivable loans through the Paycheck Protection Program (PPP) for which they were ineligible.

In a February report, the Freedom Foundation documented that, between March 2020 and March 2021, more than 200 labor unions and related nonprofit entities received in excess of $36 million through the SBA-administered PPP loans despite being ineligible on the basis of their tax-exempt status.

During this period, PPP loans — intended to help keep small business afloat during the government-mandated COVID lockdowns — were generally only available to 501(c)(3) nonprofits.

Labor unions, as 501(c)(5) nonprofits, did not qualify.

In a joint statement, Rep. Virginia Foxx (R-NC), ranking member of the Education and Labor Committee; Rep. Blaine Luetkemeyer (R-Mo.), ranking member of the Small Business Committee; Rep. Rick Allen (R-Ga.), ranking member of the Health, Employment, Labor and Pensions Subcommittee; and, Rep. Beth Van Duyne (R-Texas), ranking member of the Oversight, Investigations and Regulations Subcommittee expressed concern over the Freedom Foundation's findings and called on the SBA to investigate further:

> "It is concerning that PPP funds were distributed to entities other than small businesses and designated non-profit organizations. The illegal entry of at least 226 labor, teachers, and government unions into the Paycheck Protection Program



Supreme Court in Ongoing Battle Over Washington's Unconstitutional Capital Gains Tax

March 29, 2022



State lawyers appeal capital gains tax case directly to Washington Supreme Court

March 28, 2022

## Press Articles

JAN 31 — THE FEDERALIST — THE FEDERALIST – REPORT: WASHINGTON IS INFLATING COVID DEATH TOLLS, EVEN AFTER GETTING CAUGHT ONCE BEFORE

Read The Article

DEC 18 — RICOCHET — RICOCHET – YOU CAN'T HANDLE THE TRUTH, OR NUMBERS

Read The Article

DEC 18 — FOX NEWS RADIO — MORE EVIDENCE STATES INFLATING NUMBERS OF COVID DEATHS

Read The Article

DEC 01 — KELD NEWS TALK — INVESTIGATION

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/labor/congressional-republicans-call-on-sba-to-investigate-how-unions-improperly-received-covid-relief/ Go
11 captures
11 Apr 2022 - 24 Apr 2026
MAR APR JUL
12
2021 2022 2023
About this capture

> "It is concerning that PPP funds were distributed to entities other than small businesses and designated non-profit organizations. The illegal entry of at least 226 labor, teachers, and government unions into the Paycheck Protection Program demands an investigation. Ensuring American tax dollars are used responsibly and correctly is essential in our duty to the American people and our small businesses. We hope the SBA will be able to shed some light on this important issue."

Their letter to SBA administrator Isabel Casillas Guzman demands additional information about PPP loans to 501(c)(5) labor organizations by April 20.

Given the likelihood of finding fraud in the applications for forgivable PPP loans, the Freedom Foundation has also submitted the results of its research to the SBA Inspector General and to the U.S. Department of Justice's National Center for Disaster Fraud.

Paycheck Protection Program | PPP | SBA | Small Business Administration

HANDLE THE TRUTH, OR NUMBERS
Read The Article
DEC 18 — FOX NEWS RADIO — MORE EVIDENCE STATES INFLATING NUMBERS OF COVID DEATHS
Read The Article
DEC 01 — KFLD NEWS TALK — INVESTIGATION SHOWS WSDOH STILL 'INFLATING' COVID DEATH COUNTS
Read The Article