Request for Judicial Notice #8

INTERNET ARCHIVE WaybackMachine https://www.freedomfoundation.com/wp-content/uploads/2022/01/SBA-FOIA-regarding-PPP-loans-to-unions.pdf Go
2 captures
3 Feb 2022 - 6 Dec 2025
JAN FEB DEC
03
2021 2022 2025
About this capture



**From:** Sherk, James B. EOP/WHO
**To:** Gray, Christopher S.
**Subject:** RE: Potentially improper PPP loans
**Date:** Thursday, July 16, 2020 12:45:25 PM

---

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Great. (b) (5) [redacted]. Thanks!

James

**From:** Gray, Christopher S. <Christopher.Gray@sba.gov>
**Sent:** Thursday, July 16, 2020 11:42 AM
**To:** Sherk, James B. EOP/WHO <James.B.Sherk@who.eop.gov>
**Subject:** RE: Potentially improper PPP loans

Hi James – Thanks for sharing. [redacted] Feel free to share any concerns like these with me and I will make sure they get directed to the right member of our team.

Thanks!
CG

Christopher S. Gray

Deputy Chief of Staff
**U.S. Small Business Administration**
O: (202) 205-6335 | C: (b) (6) [redacted]

**From:** Sherk, James B. EOP/WHO <James.B.Sherk@who.eop.gov>
**Sent:** Wednesday, July 15, 2020 3:04 PM
**To:** Gray, Christopher S. <Christopher.Gray@sba.gov>
**Subject:** Potentially improper PPP loans

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to

https://www.freedomfoundation.com/wp-content/uploads/2022/01/SBA-FOIA-regarding-PPP-loans-to-unions.pdf
2 captures
3 Feb 2022 - 6 Dec 2025
JAN FEB DEC
03
2021 2022 2025
About this capture



spam@sba.gov.

Chris,

A private citizen contacted the White House to alert the administration to tens of millions in apparently improper PPP loans [redacted]

(b) (5) [redacted]

Thanks!

James Sherk
White House Domestic Policy Council
[redacted]

INTERNET ARCHIVE Wayback Machine
https://www.freedomfoundation.com/wp-content/uploads/2022/01/SBA-FOIA-regarding-PPP-loans-to-unions.pdf Go
2 captures
3 Feb 2022 - 6 Dec 2025
JAN FEB DEC
03
2021 2022 2025 About this capture
6 of 6
150%

## Labor unions that received PPP loans despite apparent ineligibility

| LoanRange | BusinessName | Address | City | State | Zip | NAICSCode | BusinessType | RaceEthnicity | Gender | Veteran | NonProfit | JobsRetained | DateApproved | Lender | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a $5-10 million | MICHIGAN EDUCATION ASSOCIATION - NEA | 1216 KENDALE BLVD. | EAST LANSING | MI | 48826 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 285 | 4/29/2020 | Comerica Bank | MI - 08 |
| b $2-5 million | LOCAL UNION NO. 3, OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS | 158-11 Jewel Ave | FLUSHING | NY | 11365 | 236220 | Subchapter S Corporation | Hispanic | Female Owned | Non-Veteran | | 96 | 5/6/2020 | Newtek Small Business Finance, Inc. | NY - 06 |
| c $1-2 million | INTERNATIONAL BROTHERHOOOD OF ELECTRICAL WORKERS LOCAL 103 | 256 FREEPORT STREET | DORCHESTER | MA | 2122 | 813930 | Corporation | Unanswered | Male Owned | Unanswered | | 237 | 4/15/2020 | Radius Bank | MA - 07 |
| c $1-2 million | INTERNATIONAL LONGSHOREMENS ASSOCIATION | 5000 WEST SIDE AVENUE, 1ST FLOOR | NORTH BERGEN | NJ | 7047 | 813930 | Corporation | Unanswered | Unanswered | Unanswered | | 0 | 4/29/2020 | Signature Bank | NJ - 08 |
| c $1-2 million | TEAMSTERS LOCAL UNION NO 986 | 1430 E HOLT AVE | COVINA | CA | 91724 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 0 | 5/4/2020 | Wells Fargo Bank, National Association | CA - 32 |
| c $1-2 million | UNITED SERVICE WORKERS UNION, IUJAT NATIONAL UNION | 13850 QUEENS BLVD | BRIARWOOD | NY | 11435 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 58 | 4/28/2020 | HSBC Bank USA, National Association | NY - 05 |
| d $350,000-1 million | ATLANTIC COAST DISTRICT I L A | 5000 WESTSIDE AVE | NORTH BERGEN | NJ | 7047 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 0 | 4/28/2020 | Signature Bank | NJ - 08 |
| d $350,000-1 million | CAL AG FARM LABOR, INC | P.O. BOX 338 | WOODLAKE | CA | 93286 | 813930 | Subchapter S Corporation | Unanswered | Unanswered | Unanswered | | 70 | 5/18/2020 | Bank of the West | CA - 22 |
| d $350,000-1 million | INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 13 | 690 S CENTRE ST | SAN PEDRO | CA | 90731 | 813930 | Non-Profit Organization | Unanswered | Male Owned | Non-Veteran | Y | 30 | 4/16/2020 | JPMorgan Chase Bank, National Association | CA - 33 |
| d $350,000-1 million | INTERNATIONAL LONGSHOREMENS ASSOCIATION LOCAL 24 | 4060 RED BLUFF RD | PASADENA | TX | 77503 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 55 | 5/20/2020 | Frost Bank | TX - 29 |
| d $350,000-1 million | INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1414 | 221 NE Lathrop Ave. | SAVANNAH | GA | 31402 | 813930 | Cooperative | Unanswered | Unanswered | Unanswered | | 168 | 4/28/2020 | South State Bank, National Association | GA - 01 |
| d $350,000-1 million | INTERNATIONAL UNION OF JOURNEYMEN & ALLIED TRADES | 893 LAKE AVE, SUITE 103 | DANBURY | CT | 6810 | 813930 | Professional Association | Unanswered | Unanswered | Unanswered | | 28 | 4/28/2020 | HSBC Bank USA, National Association | CT - 04 |
| d $350,000-1 million | LOCAL UNION 271 | 271 University Ave | PALO ALTO | CA | 94301 | 722511 | Corporation | Unanswered | Unanswered | Unanswered | | 20 | 4/15/2020 | Radius Bank | CA - 14 |
| d $350,000-1 million | RETAIL WHOLESALE & DEPARTMENT STORE UNION | 370 7TH AVENUE SUITE 501 | NEW YORK | NY | 10001 | 813930 | Professional Association | Unanswered | Unanswered | Unanswered | | 0 | 4/30/2020 | Sterling National Bank | NY - 10 |
| d $350,000-1 million | SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS FOUNDA | 5757 WILSHIRE BLVD PH1 | LOS ANGELES | CA | 90036 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 57 | 4/6/2020 | City National Bank | CA - 28 |
| d $350,000-1 million | UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL NO. 540 | 17780 Preston Rd | DALLAS | TX | 75252 | 813930 | Corporation | Unanswered | Unanswered | Unanswered | | 30 | 4/28/2020 | Comerica Bank | TX - 03 |
| e $150,000-350,000 | AFSCME COUNCIL 66 | 4201 BUFFALO RD STE 5 | NORTH CHILI | NY | 14514 | 561599 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 18 | 4/30/2020 | Cross River Bank | NY - 25 |
| e $150,000-350,000 | BOSTON FIREFIGHTERS LOCAL 718 | 55 Hallett Street | DORCHESTER | MA | 2142 | 722320 | Sole Proprietorship | Unanswered | Unanswered | Unanswered | | 50 | 4/29/2020 | Santander Bank, National Association | MA - 07 |
| e $150,000-350,000 | GENERAL TEAMSTERS UNION LOCAL 662 | 850 HWY 153 SUITE D | MOSINEE | WI | 54455 | 812990 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 0 | 6/22/2020 | Wells Fargo Bank, National Association | WI - 03 |
| e $150,000-350,000 | HOUSTON POLICE OFFICERS' UNION INC | 1600 STATE ST | HOUSTON | TX | 77007 | 813930 | Non-Profit Organization | Unanswered | Male Owned | Unanswered | Y | 10 | 4/28/2020 | Spirit of Texas Bank, SSB | TX - 02 |
| e $150,000-350,000 | IBT LOCAL 641 | 714 Rahway Ave, 1st Fl | UNION | NJ | 7083 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 10 | 5/13/2020 | Northfield Bank | NJ - 07 |
| e $150,000-350,000 | INTERNATIONAL BROTHERHOOD OF 481 TCWH | 2840 Adams Avenue, Suite 202 | SAN DIEGO | CA | 92116 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 0 | 4/30/2020 | Comerica Bank | CA - 53 |
| e $150,000-350,000 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS 118 TCWH | 130 Metro Park | ROCHESTER | NY | 14623 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 10 | 5/22/2020 | Greater Nevada CU | NY - 25 |
| e $150,000-350,000 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 125 | 585 Hamburg Turnpike | WAYNE | NJ | 7470 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 11 | 5/13/2020 | Northeast Bank | NJ - 11 |
| e $150,000-350,000 | INTERNATIONAL LONGSHOREMEN'S ASSOCIATION ILA LOCAL #1416 | 816 NW 2ND AVE | MIAMI | FL | 33136 | 813410 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 9 | 5/28/2020 | IBERIABANK | FL - 24 |
| e $150,000-350,000 | INTERNATIONAL LONGSHOREMEN'S ASSOCIATION ILA LOCAL #1922 | 1007 N America WaySuite 407 | MIAMI | FL | 33132 | 813930 | Corporation | Unanswered | Unanswered | Unanswered | | 9 | 5/7/2020 | IBERIABANK | FL - 24 |
| e $150,000-350,000 | IRON WORKERS LOCALS 40 AND 361 | 35-23 36th Street | ASTORIA | NY | 11106 | 611513 | Corporation | Unanswered | Unanswered | Unanswered | | | 4/27/2020 | Radius Bank | NY - 12 |
| e $150,000-350,000 | LABORERS' INTERNATIONAL UNION OF 341 HCL | 2501 COMMERCIAL DR | ANCHORAGE | AK | 99501 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 10 | 4/15/2020 | Northrim Bank | AK - 00 |
| e $150,000-350,000 | LOCAL 2653 LLC | 2653 COMMERCE ST | DALLAS | TX | 75226 | 813930 | Limited Liability Company(LLC) | Unanswered | Unanswered | Unanswered | | 52 | 4/6/2020 | Texas Brand Bank | TX - 30 |
| e $150,000-350,000 | MARYLAND PUBLIC EMPLOYEES COUNCIL | 1410 BUSH ST STE A | BALTIMORE | MD | 21230 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 12 | 5/3/2020 | Bank of America, National Association | MD - 02 |
| e $150,000-350,000 | MINNESOTA TEAMSTERS SERVICE BUREAU | 2829 University Ave S, Suite 100 | MINNEAPOLIS | MN | 55414 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 15 | 4/14/2020 | MidWestOne Bank | MN - 04 |
| e $150,000-350,000 | PENNSYLVANIA AFL-CIO | 600 NORTH 2ND ST Suite 100 | HARRISBURG | PA | 17101 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 17 | 4/28/2020 | AmeriServ Financial Bank | PA - 04 |
| e $150,000-350,000 | POLICE OFFICERS LABOR COUNCIL | 667 E BIG BEAVER RD | TROY | MI | 48083 | 813930 | Corporation | Unanswered | Unanswered | Unanswered | | 18 | 5/3/2020 | PNC Bank, National Association | MI - 09 |
| e $150,000-350,000 | SERVICE PROFESSIONALS UNION LOCAL 726 IUJAT | 13850 QUEENS BLVD | JAMAICA | NY | 11435 | 813930 | Professional Association | Unanswered | Unanswered | Unanswered | | 11 | 4/28/2020 | HSBC Bank USA, National Association | NY - 05 |
| e $150,000-350,000 | TEAMSTERS LOCAL UNION NO 560 | 707 Summit Avenue | UNION CITY | NJ | 7087 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 0 | 5/1/2020 | TD Bank, National Association | NJ - 08 |
| e $150,000-350,000 | TEAMSTERS LOCAL UNION NO. 71 | 2529 Beltway Blvd | CHARLOTTE | NC | 28214 | 813930 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | 8 | 6/24/2020 | Truist Bank d/b/a Branch Banking & Trust Co | NC - 09 |
| e $150,000-350,000 | THE PROFESSIONAL FIREFIGHTERS | 2328 S CONGRESS AVE STE 2B | WEST PALM BEACH | FL | 33406 | 813930 | Corporation | Unanswered | Unanswered | Unanswered | | 36 | 4/15/2020 | IBERIABANK | FL - 20 |
| e $150,000-350,000 | UAW LOCAL 1596 | 960 Turnpike Street 2C | CANTON | MA | 2021 | 561110 | Non-Profit Organization | Unanswered | Unanswered | Unanswered | Y | | 5/1/2020 | Citizens Bank, National Association | MA - 07 |