Request for Judicial Notice #9

INTERNET ARCHIVE WayBackMachine
https://www.freedomfoundation.com/wp-content/uploads/2022/10/SBA-FOIA-C5-PPP-documents.pdf Go
3 captures
19 Oct 2022 - 24 Apr 2026
SEP OCT APR
2021 19 2022 2024
About this capture



**To:** Holman Jr., George F.[George.Holman@sba.gov]
**From:** Renteria, Alejandro[redacted]
**Sent:** Tue 4/19/2022 9:37:57 AM Eastern Standard Time
**Subject:** RE: Good morning! Please review and sign the form 58? Thanks.

---

Sounds like a plan. I will let Preston know.

---

**From:** Holman Jr., George F. <George.Holman@sba.gov>
**Sent:** Tuesday, April 19, 2022 9:37 AM
**To:** Renteria, Alejandro <Alejandro.Renteria@sba.gov>
**Subject:** RE: Good morning! Please review and sign the form 58? Thanks.

Thank you. This is good with me too.

---

**From:** Renteria, Alejandro <Alejandro.Renteria@sba.gov>
**Sent:** Tuesday, April 19, 2022 9:34 AM
**To:** Holman Jr., George F. <George.Holman@sba.gov>
**Subject:** FW: Good morning! Please review and sign the form 58? Thanks.
**Importance:** High

---

**From:** Renteria, Alejandro
**Sent:** Thursday, April 14, 2022 9:27 AM
**To:** Brown, David <david.brown@sba.gov>; Holman Jr., George F. <George.Holman@sba.gov>
**Subject:** FW: Good morning! Please review and sign the form 58? Thanks.
**Importance:** High

---

**From:** Hardge, Preston E. <Preston.Hardge@sba.gov>
**Sent:** Tuesday, April 12, 2022 10:01 AM
**To:** Renteria, Alejandro <Alejandro.Renteria@sba.gov>
**Subject:** Good morning! Please review and sign the form 58? Thanks.
**Importance:** High

Alejandro—good morning. Please review draft letter and sign form 58. Thanks.

---

**From:** Attucks, Niya B. <niya.attucks@sba.gov>
**Sent:** Monday, April 11, 2022 2:26 PM
**To:** Pratt, Lashion M. <Lashion.Pratt@sba.gov>; Russell Jr., John C. <John.Russell@sba.gov>; Hardge, Preston E. <Preston.Hardge@sba.gov>
**Cc:** Martin, Dionna S. <Dionna.Martin@sba.gov>
**Subject:** **Administrator Congressional Inquiry** Rep Luetkemeyer inquiry re 501(c)(5) loans
**Importance:** High

INTERNET ARCHIVE WayBackMachine
https://www.freedomfoundation.com/wp-content/uploads/2022/10/SBA-FOIA-C5-PPP-documents.pdf Go
3 captures
19 Oct 2022 - 24 Apr 2026
SEP OCT APR
2021 19 2022 2024
About this capture



**From:** Attucks, Niya B. <niya.attucks@sba.gov>
**Sent:** Monday, April 11, 2022 2:26 PM
**To:** Pratt, Lashion M. <Lashion.Pratt@sba.gov>; Russell Jr., John C. <John.Russell@sba.gov>; Hardge, Preston E. <Preston.Hardge@sba.gov>
**Cc:** Martin, Dionna S. <Dionna.Martin@sba.gov>
**Subject:** **Administrator Congressional Inquiry** Rep Luetkemeyer inquiry re 501(c)(5) loans
**Importance:** High

Good afternoon,

Please find attached OCA's draft response to Rep Luetkemeyer on behalf of the Administrator for your review and clearance.

Thank you,

Niya Attucks
Lead Correspondence Analyst, Office of Capital Access
**U.S. Small Business Administration**
(202) 205-6914
niya.attucks@sba.gov

SBA U.S. Small Business Administration

Home Page | Twitter | Instagram | Facebook | YouTube | LinkedIn | Email Alerts

**To:** Renteria, Alejandro[Alejandro.Renteria@sba.gov]
**From:** Holman Jr., George F.[George.Holman@sba.gov]
**Sent:** Wed 4/6/2022 1:47:15 PM Eastern Daylight Time

This report came out in February [redacted]

Report: Labor unions received tens of millions in federal COVID relief they weren't eligible for - Freedom Foundation

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/wp-content/uploads/2022/10/SBA-FOIA-C5-PPP-documents.pdf Go
3 captures
19 Oct 2022 - 24 Apr 2026
SEP OCT APR
2021 19 2022 2024
About this capture
5 of 6
100%

U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

April 22, 2022

The Honorable Blaine Luetkemeyer, Member of Congress
U.S. House of Representatives
2230 Rayburn House Office Building
Washington, Dc 20515

Dear Representative Luetkemeyer:

Thank you for your letter to the U.S. Small Business Administration ("SBA") Administrator Isabella Casillas Guzman. Administrator Guzman has asked me to respond to your letter on her behalf. The SBA has effectively delivered economic assistance to tens of millions of small business owners who collectively serve as the bedrock of our community's economy. The Paycheck Protection Program ("PPP") has been a critical part of that relief. PPP loans and their subsequent forgiveness have also been critically important to borrowers and businesses.

In your letter you request data for PPP loans made prior to March 11, 2021 to entities classified as tax-exempt under Internal Revenue Code 501(c)(5) ("501(c)(5)"), which provides for exemption of labor, agricultural or horticultural organizations. Versions of SBA's PPP loan applications, "Paycheck Protection Program Borrower Application Form" and SBA Form 2483-SD, "Paycheck Protection Program Second Draw Borrower Application Form," dated prior to March 18, 2021, did not have a business type checkbox for 501(c)(5) organizations. With the Borrower Application Form and Second Draw Borrower Application Form Revised March 18, 2021 SBA added a business type checkbox for "Other 501(c) organization," but did not have a checkbox that specifically identified 501(c)(5) organizations. Further, the PPP forgiveness applications: SBA Forms 3508, 3508 EZ, and 3508S do not request information for the type of business organization. Because SBA did not collect this information, SBA cannot provide data that requires this information.

INTERNET ARCHIVE WaybackMachine
https://www.freedomfoundation.com/wp-content/uploads/2022/10/SBA-FOIA-C5-PPP-documents.pdf Go
3 captures
19 Oct 2022 - 24 Apr 2026
SEP OCT APR
19
2021 2022 2024
About this capture



You also asked for the procedures used by SBA when it determines that a PPP loan was made to an ineligible entity or when forgiveness was approved to an ineligible entity. SBA has developed a process for PPP loan review designed to maximize program integrity and optimize use of SBA's loan review resources, considering the challenges posed by the volume of PPP loans and the statutory timeframe for reviews. The review process consists of an automated review of all loans at an individual and aggregate level, preliminary manual reviews performed by government contractors to resolve loans identified for follow-up during automated screenings, and manual reviews performed by SBA, as deemed necessary, based on loan dollar amount, random statistical sampling, and loans unresolved after automated and preliminary manual reviews.

In June 2021, SBA made significant changes to its loan forgiveness and loan review



processes. SBA's new process for loan reviews prioritizes reviews based on fraud risk rather than forgiveness status. The change allows SBA to review loans with a high risk of fraud that have not yet filed for forgiveness. The change also means that a certain number of loans will be retroactively manually reviewed after they have been forgiven.

SBA can recover funds used for unauthorized purposes at any time.

Thank you for your support of the SBA and your support of small business in your communities.

Sincerely,

/s/ Patrick Kelley

INTERNET ARCHIVE WaybackMachine https://www.freedomfoundation.com/wp-content/uploads/2022/10/SBA-FOIA-C5-PPP-documents.pdf Go
3 captures
19 Oct 2022 - 24 Apr 2026
SEP OCT APR 2021 19 2022 2024 About this capture
6 of 6 100%



processes. SBA's new process for loan reviews prioritizes reviews based on fraud risk rather than forgiveness status. The change allows SBA to review loans with a high risk of fraud that have not yet filed for forgiveness. The change also means that a certain number of loans will be retroactively manually reviewed after they have been forgiven.

SBA can recover funds used for unauthorized purposes at any time.

Thank you for your support of the SBA and your support of small business in your communities.

Sincerely,

/s/ *Patrick Kelley*

Patrick Kelley
Associate Administrator
Office of Capital Access

cc: Virginia Foxx, Ranking Member
Committee on Education and Labor

Beth Van Duyne, Member
Subcommittee on Oversight, Investigations and Regulations

Rick W. Allen, Member
Subcommittee on Health, Employment, Labor and Pensions